*I, CATHY S. LUSK, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Gregory P. Hatzis, Plaintiff in the trial court secured an extension of ninety-two (92) days in which to file Appellee's Brief in the following numbered and entitled cause:

**Ex Parte Gregory P. Hatzis**

**No. 12-14-00199-CV**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 10th day of July 2015, A.D.



Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk